## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John W. Perotti,
    Plaintiff

v.                                          Case No. 1:01-cv-53

Harold Carter, et al.,
    Defendants

### ORDER

    The above captioned case was dismissed on February 27, 2003.  Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Doc. 138) be returned to the custody of the filing party.

July 31, 2007                                 s/Sandra S. Beckwith
Date                                         Sandra S. Beckwith, Chief Judge
                                               United States District Court